UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRLEY STEARNS, *et al.*,

    *Plaintiffs,*

v.

THE ISLAMIC REPUBLIC OF IRAN

    *Defendant.*

Case No. 1:17-cv-131-RCL

## FINDING OF LIABILITY

For the reasons stated in the Court's Memorandum Opinion, the Court hereby **GRANTS** the plaintiffs' Motion for Default Judgment. Specifically, the Court holds as follows:

1. As to Count I, defendant the Islamic Republic of Iran ("Iran") is **LIABLE** to the following plaintiffs: (1) Steven Vernier, Jr.; (2) Brian Radke; (3) Luke Murphy; (4) Arne Eastlund; (5) Matthew Adamson; (6) James Shepard; (7) John P. Sklaney, III; (8) Joshua Starkey; (9) William Ronald Little; (10) Josh Denman; (11) Joshua Brooks; (12) Matthew Lammers; (13) Angel Gomez; (14) Andrew Moores; (15) Matthew Benson; (16) Joshua Schichtl; (17) Steve Wadleigh; (18) Jason Whitehorse; (19) Austin Bewley; (20) Matthew Fieser; (21) Benjamin Daniel Carrington; (22) Jonathan Heslop; (23) Tyler Latham; (24) Bryant Bearfield; (25) Andrew Bradley; (26) Rhett Murphy; (27) Roady Landtiser; (28) Nathan Richards; and (29) Donald Field.

2. As to Count II, defendant Iran is **LIABLE** to the following plaintiffs: (1) Clifford Leroy Smith, Jr., on behalf of the Estate of Kevin J. Smith; (2) David G. Cardinal, Jr., on behalf of the Estate of Anthony Cardinal; (3) Henry J. Bandhold, Sr., on behalf of the Estate of Scott Bandhold; (4) Kathy Stillwell, on behalf of the Estate of Daniel

1

Crabtree; (5) Cathy Andino, on behalf of the Estate of Edwin A. Andino; (6) Nannette Bryne-Haupt, on behalf of the Estate of Ryan Haupt; (7) Jackie Farrar-Finken, on behalf of the Estate of Paul Finken; (8) Samantha Balsley, on behalf of the Estate of Michael C. Balsley; (9) Deadra Garrigus, on behalf of the Estate of Mickel D. Garrigus; (10) Hyunjung Glawson, on behalf of the Estate of Curtis E. Glawson; (11) Lindsay Young, on behalf of the Estate of Brett A. Walton; (12) Dwight Martin, on behalf of the Estate of Jay E. Martin; (13) Tiffany M. Little, on behalf of the Estate of Kyle A. Little; (14) Delilah Brown, on behalf of the Estate of Scott J. Brown; (15) Sheila Tracy, on behalf of the Estate of Jacob Tracy; (16) Katherine McRill-Fellini, on behalf of the Estate of Robert McRill; (17) Ursula Ann Joshua, on behalf of the Estate of Ron J. Joshua, Jr.; (18) Jessica Heinlein, on behalf of the Estate of Charles T. Heinlein; (19) Margarita Aristizabal, on behalf of the Estate of Alfed H. Jairala; (20) Maria Alvarez, on behalf of the Estate of Conrad Alvarez; (21) Tabitha McCoy, on behalf of the Estate of Steve A. McCoy; (22) Kynesha Dhanoolal, on behalf of the Estate of Dayne D. Dhanoolal; (23) Merlese Pickett, on behalf of the Estate of Emanuel Pickett; (24) Lee Wolfer, on behalf of the Estate of Stuart Wolfer; (25) William Allmon, on behalf of the Estate of William E. Allmon; (26) Breanna Lynn Gasper, on behalf of the Estate of Frank J. Gasper; (27) Daniel Menke, on behalf of the Estate of Jonathan D. Menke; (28) Jessica H. Williams, on behalf of the Estate of James M. Hale; (29) Kari Carosella, on behalf of the Estate of Justin Bauer; (30) Roberto Andrade, Sr., on behalf of the Estate of Roberto Andrade, Jr.; (31) Joseph D. Helton, Sr., on behalf of the Estate of Joseph D. Helton, Jr.; (32) Cassie Collins, on behalf of the Estate of Shannon M. Smith;

2

(33) Katrina Coe, on behalf of the Estate of Keith Coe; and (34) Angel Mayes, on behalf of the Estate of Antonio Stiggins.

3. As to Count III, defendant Iran is **LIABLE** to the following plaintiffs: (1) JoDee Johnson; (2) James Higgins; (3) Wendy Coleman; (4) Nova Radke; (5) Clifford Leroy Smith, Jr.; (6) Georgianna Stephens-Smith; (7) Corena Martin; (8) David G. Cardinal, Jr.; (9) Henry J. Bandhold, Sr.; (10) Afonso Bandhold; (11) Mariana Bandhold; (12) Willette Murphy; (13) Joaqina Saenz Chorens; (14) Luz Maria Estrada; (15) Frances Catherine Castro; (16) Elva Espinoza; (17) Bayli Vacho; (18) Tina Eastlund; (19) Sven Eastlund; (20) Taylor Eastlund; (21) Elizabeth Jo Eastlund; (22) R.A.; (23) Kathy Adamson; (24) Richard Adamson; (25) Christopher Adamson; (26) Jeffrey Adamson; (27) Justin Adamson; (28) Kathy Stillwell; (29) M.C.; (30) Cathy Andino; (31) Nannette Bryne-Haupt; (32) Michael Mock; (33) Tammy Dorsey; (34) Eric Phye; (35) Jackie Farrar-Finken; (36) Emilie Finken; (37) C.F.; (38) J.F.; (39) Stephen Finken; (40) Alan Finken; (41) Richard Finken; (42) David Finken; (43) Mark Finken; (44) Peter Finken; (45) Jean Pruitt; (46) Joan Henscheid; (47) Brenda Little; (48) Kira Sikes; (49) William Ronald Little, Jr.; (50) Adam G. Stout; (51) Samantha Balsley; (52) L.R.-W.; (53) Deadra Garrigus; (54) David Garrigus; (55) Nichole Garrigus; (56) Kyla Ostenson; (57) Matthew Garrigus; (58) Jazmon Reyna; (59) Lindsay Young; (60) S.W.; (61) Dwight Martin; (62) Dove Deanna Adams; (63) Raven Adams; (64) Lark Adams; (65) Casey Boehmer; (66) Kimberlee Austin-Oliver; (67) M.R.; (68) L.R.; (69) David Dixon; (70) Daniel A. Dixon; (71) Gretchen Lang; (72) Tiffany M. Little; (73) K.L.; (74) Dakota Smith-Lizotte; (75) Shyanne Smith-Lizotte; (76) Joyce Brooks; (77) Danny Brooks; (78) Daniel Tyler Brooks; (79) Delilah Brown; (80) Alicia Lammers;

3

(81) Sheila Tracy; (82) Donald Tracy; (83) Nichole Sweeney; (84) Christina Sheridan; (85) Melissa Benson; (86) C.B.; (87) B.B.; (88) Daniel P. Benson; (89) Carol Benson; (90) Daniel R. Benson; (91) Katherine McRill-Fellini; (92) Ronald McRill; (93) Rene Pool; (94) Jessica Heinlein; (95) Charles Heinlein, Sr.; (96) Jody Lyn Heinlein; (97) Margarita Aristizabal; (98) J.J.; (99) Sebastian Niuman; (100) Prestron Reece; (101) Shaylyn C. Reece; (102) Judy Hoffman; (103) Mark Schichtl; (104) Katherine Prowse; (105) Nicholas Prowse; (106) H.S.; (107) S.S.; (108) C.S.; (109) A.S.; (110) Lee-Ann Wadleigh; (111) Maira Alvarez; (112) A.A.; (113) C.A.; (114) K.A.; (115) Belinda Garcia; (116) Mary Catherine McLaughlin; (117) Tabitha McCoy; (118) L.M.; (119) R.M.; (120) Kynesha Dhanoolal; (121) Marlen Pickett; (122) Kemely Pickett; (123) Vivian Pickett; (124) Kyshia Sutton; (125) Lee Wolfer; (126) L.W.; (127) M.W.; (128) I.W.; (129) Beverly Wolfer; (130) Thomas Smith; (131) David Wayne Hartley; (132) Kaylie Hartley; (133) Lisa Duncan; (134) William Allmon; (135) Jesse Williamson; (136) Breanna Lynn Gasper; (137) Jamie Barnes; (138) Jessica H. Williams; (139) J.M.H.; (140) J.J.H.; (141) J.H.; (142) Kari Carosella; (143) Julie Salhus; (144) Kristen Galen; (145) Sandra Valencia; (146) Veronica Pena Andrade; (147) Angelica Andrade; (148) Veronica D. Andrade; (149) Jennifer Roose; (150) Joseph D. Helton, Sr.; (151) Jessica Cabot; (152) Jeanne Rhea McManus; (153) Katrina Coe; (154) K.A.C.; (155) K.A.C.; (156) K.A.C.; (157) Rhonda Smith; (158) Matthew Coe; (159) Sabrina Chapman; (160) Angel Mayes; (161) Luke Stiggins; (162) Donald Mayes; (163) Angelica Field; (164) Senovia Field; (165) S.F.; and (166) Edward Elliott.

4

**IT IS SO ORDERED.**

SIGNED this _27th_ day of September, 2022.

Royce C. Lamberth
United States District Judge